UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-80702-CIV-RYSKAMP/HOPKINS

JACK LONG, Derivatively on Behalf of
OFFICE DEPOT, INC.,

    Plaintiff,

v.

STEVE ODLAND, MICHAEL D. NEWMAN
and NEIL R. AUSTRIAN,

    Defendants,

-and-

OFFICE DEPOT, Inc.,

    Nominal Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court *sua sponte*. On August 15, 2012 **[DE 33]**, the Court entered its order granting Nominal Defendant Office Depot, Inc.'s motion to dismiss and denying Plaintiff's motion to strike defendants' exhibits in support of its motion to dismiss. Plaintiff has not filed an amended complaint. Accordingly, it is hereby

ORDERED AND ADJUDGED that FINAL JUDGMENT IS HEREBY ENTERED in

2

favor of Nominal Defendant Office Depot, Inc. and against Plaintiff Jack Long.  The Clerk of Court shall CLOSE this case and DENY any pending motions as MOOT.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 13th day of November, 2012.

S/Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE